UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE DINGLE,<br><br>     Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. 15-CV-00791-LHK<br><br>**ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION STATEMENT** |

On April 17, 2015, Defendant filed a statement consenting to proceed in this action before a United States Magistrate Judge. ECF No. 7. Plaintiff has yet to file a consent or declination statement. Accordingly, the Court hereby ORDERS Plaintiff to file a statement no later than May 6, 2015, indicating whether or not he consents to proceed in this action before a United States Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 21, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-00791-LHK
ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION STATEMENT